**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

BETTY KINCAID                                                                                                    PLAINTIFF

VS.                                                                                  CIVIL ACTION NO. 3:05-cv-550 HTW-LRA

MINACT-YATES, LLC, ET AL.                                                                            DEFENDANTS

## FINAL JUDGMENT

This case came before the court on motion of the defendant MINACT-Yates, LLC, for summary judgment and this court, having determined that the defendant MINACT-Yates, LLC, was entitled to the relief sought in a separate Memorandum Opinion and Order, hereby grants judgment for the defendant and, further, grants the defendant its costs. The above styled and numbered cause is hereby fully and finally dismissed with prejudice. Defendant shall file its Bill of Costs within ten (10) days of the date of this Order.

**SO ORDERED AND ADJUDGED** this the 3rd day of September, 2008.

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**